**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| MICHAEL J. MANKE, | : No. 262 WAL 2014 |
| Petitioner | : <br> : <br> : Petition for Allowance of Appeal from the <br> : Order of the Superior Court |
| v. | : <br> : <br> : <br> : |
| NICCOLLE MONIQUE MANKE, | : <br> : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.